**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

EDWARD GARITY, Individually, and on Behalf of Others Similarly Situated,

      Plaintiff,

v.

TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JACQUES DUMAS, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & CO., INC., SUNTRUST ROBINSON HUMPHREY & CO., LLC, H.C. WAINWRIGHT & CO., LLC

      Defendants.

</td><td>

C.A. No. 1:18-cv-06797-PAE-KNF

**ORAL ARGUMENT REQUESTED**

</td></tr>
</table>

**NOTICE OF 28 U.S.C. § 1404 MOTION TO TRANSFER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and declaration in support thereto, Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, Jacques Dumas, Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., Suntrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order transferring this action to the United States District Court for the District of Massachusetts.

-1-

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on this motion.  Defendants make this request because they believe that oral argument may assist the Court's consideration of the motion and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Dated: October 9, 2018

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorney for Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, and Jacques Dumas*

*/s/ Amanda Prentice*
Amanda Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Tel: (212) 415-9200
Fax: (212) 953-7201
prentice.amanda@dorsey.com

*Attorney for Defendants Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., SunTrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC*

-2-