## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD GARITY, Individually, and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JACQUES DUMAS, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & CO., INC., SUNTRUST ROBINSON HUMPHREY & CO., LLC, H.C. WAINWRIGHT & CO., LLC<br>Defendants. | C.A. No. 1:18-cv-06797-ALC<br><br>**ORDER** |

ANDREW L. CARTER, JR., United States District Judge:

THIS CAUSE came before the Court upon the parties' Joint Stipulation and Proposed Order Regarding Time to Answer or Otherwise Respond and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.    Defendants shall not be required to answer or otherwise respond to the Complaint; and,

2.    Following entry of an order by the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

**SO ORDERED**

Dated: December 13, 2018

New York, New York

Hon. Andrew L. Carter, Jr. United
States District Judge